UNITED STATES DISTRICT COURTD
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:12-CR-261-T-17TGW

LEONEL FRAGOZO.

_____/

ORDER

This cause is before the Court on:

| Dkt. 128 | Motion for Retroactive Application of Sentencing Guidelines Pursuant to Amendment 782 |
| Dkt. 134 | Amendment 782 Memorandum |
| Dkt. 141 | Notice of Federal Defender's Office |
| Dkt. 145 | Order Denying Motion |
| Dkt. 149 | Motion for Retroactive Application of Sentencing Guidelines Pursuant to Amendment 782 |
| Dkt. 151 | Amendment 782 Memorandum |
| Dkt. 155 | Defendant's Memorandum |

Defendant Leonel Fragozo, *pro se*, moves for a 2-level reduction of sentence pursuant to Amendment 782.

Defendant Fragozo entered into a Plea Agreement (Dkt. 71), pleading guilty to Count 1 of the Indictment. Defendant Fragozo was sentenced on Count 1 on June 27, 2013 to a term of imprisonment of 262 months, a 60-month term of supervised release; fine waived, and a special assessment fee of $100.00. At sentencing, Defendant Fragozo was accountable for 910 kilograms of cocaine. Count 2 was dismissed on the Government's Motion.

The Court denied Defendant's previous Motion seeking a sentence reduction because Defendant's base offense level remained at level 38 due to the quantity of drugs; the amended guideline did not have the effect of lowering Defendant's offense level.

The Court adopts and incorporates the prior Order denying Defendant Fragozo's Amendment 782 Motion (Dkt. 145). After consideration, the Court Denies Defendant Fragozo's Motion for Retroactive Application of

Sentencing Guidelines Pursuant to Amendment 782. Accordingly, it is

ORDERED that *pro se* Defendant Leonel Fragozo's Motion for Retroactive Application of Sentencing Guidelines Pursuant to Amendment 782 (Dkt. 149) is **denied**.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 5th day of November, 2019.



ELIZABETH A. KOVACHEVICH
Senior United States District Judge

Copies to:

All parties and counsel of record

***Pro Se*** Defendant:

Leonel Fragozo
56980-018
FCI Fort Dix
P.O. Box 2000
Fort Dix, NJ   08640