AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

United States of America

v.

LEONEL FRAGOZO

)
)
)
)
)
)
)

Case No:  8:12-cr-261-JSM-TGW

USM No:  56980-018

Date of Original Judgment:          06/27/2013

Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Pro Se

*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Defendant is ineligible for a sentence reduction pursuant to Amendment No. 821 under §4C1.1(a)(7) – Possess, receive, purchase, transport, transfer, sell, or dispose of firearm or dangerous weapon in connection with the offense. Defendant received a two-level increase on his offense level computation under USSG § 2D1.1(b)(1) because an unloaded AK-47 firearm was seized from the GFV.  Three full magazines with 7.62 caliber ammunition were also found on the GFV.  Defendant was identified as the captain of the GFV who was given the AK-47 assault rifle, a satellite telephone, and navigational charts by a Colombian who recruited the crew members.

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:          06/10/2025

_____
*Judge's signature*

Effective Date: _____
*(if different from order date)*

James S. Moody, Jr., United States District Judge
*Printed name and title*